# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

Robert P. Young, Jr.,
Chief Justice

152694(48)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANNY RAY PENNEBAKER,
      Defendant-Appellant.
_____/

SC: 152694
COA: 322117
Jackson CC: 2013-004717-FC

      On order of the Chief Justice, the motion of defendant-appellant to extend the time to file his reply on appeal is GRANTED. The reply submitted on January 13, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016

